DELPHI RESTORATION CORPORATION et al., Respondents, v SUN-SHINE RESTORATION CORPORATION, Defendant, and UTICA FIRST INSURANCE COMPANY, Appellant.

Submitted December 1, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANDREA GOLDFEIN, Respondent, v UVAYD CAB CORP. et al., Appellants.

Submitted December 8, 2008; decided January 20, 2009

Motions for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain a motion for leave to appeal from a nonfinal order of the Appellate Division denying leave to appeal to that Court from an order entered on an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

SALVATORE IADICICCO et al., Plaintiffs, and VIOLET IADICICCO, Individually and as Parent and Natural Guardian of AUGIE IADICICCO, an Infant, Appellant, v OCCIDENTAL CHEMICAL CORPORATION et al., Respondents.

Submitted November 24, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.